# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161655(48)

ARTHUR ORMONDE PRICE, JR.,
        Plaintiff-Appellant,

v

SC: 161655
COA: 346145
Saginaw CC: 17-032666-NI

SAMUEL ONEAL AUSTIN and L & B
CARTAGE, INC., d/b/a OMNI QUALITY
INSPECTION SERVICES,
        Defendants-Appellees.
_____/

On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before June 16, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2021



Clerk